MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Travis Nutsch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVIS NUTSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER TIMOTHY NYE, an individual; OFFICER GEORGE AJAM, an individual; OFFICER GENE WOLFANGER, an individual; DOE OFFICERS I-VII, individuals.<br><br>Defendants. | Case. No.: 2:23-cv-01101-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO MOTION FOR PARTIAL DISMISSAL (ECF NO. 4)**<br><br>**(FIRST REQUEST)** |

Plaintiff Travis Nutsch ("Plaintiff"), by and through his respective counsel, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Officer Timothy Nye, Officer George Ajam, Officer Gene Wolfganger, and Doe Officers I – VII (collectively, "LVMPD Defendants"), by and through their respective counsel, (collectively the "Parties") hereby stipulate to the following:

1. The Parties agree that, due to scheduling conflicts limiting Plaintiffs' counsel's

ability to timely and adequately respond to Defendants' Motion for Partial Dismissal (ECF No. 4), the deadline to file an Opposition to Defendants' Motion for Partial Dismissal shall be extended two weeks, from **August 28, 2023**, to **September 11, 2023**.

2. This is the first request for an extension of this deadline.

3. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 28th day of August, 2023.

MCLETCHIE LAW

By: /s/ Leo S. Wolpert
  Margaret A. McLetchie, Esq.
  Nevada Bar No. 10931
  Leo S. Wolpert, Esq.
  Nevada Bar No. 12658
  602 South 10th Street
  Las Vegas, Nevada 89101
*Attorneys for Plaintiff Travis Nutsch*

Dated this 28th day of August, 2023.

MARQUIS AURBACH

By: /s/ Nick D. Crosby
  Nick D. Crosby, Esq.
  Nevada Bar No. 8996
  10001 Park Run Drive
  Las Vegas, Nevada 89145
*Attorneys for LVMPD Defendants*

## ORDER

IT IS SO ORDERED August 29, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE