MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Travis Nutsch*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVIS NUTSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER TIMOTHY NYE, an individual; OFFICER GEORGE AJAM, an individual; OFFICER GENE WOLFANGER, an individual; DOE OFFICERS I-VII, individuals.<br><br>Defendants. | **Case No.:** 2:23-cv-01101-JCM-VCF<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Travis Nutsch and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER TIMOTHY NYE, OFFICER GEORGE AJAM and OFFICER GENE WOLFANGER, and DOE OFFICERS I – VII, by and through their respective counsel, hereby stipulate and agree to allow Plaintiff to file an Amended Complaint to substitute three (3) officers for Doe Officers whose identities have been obtained through discovery, add additional facts, and correct various misspellings and typographical errors. Attached hereto as **Exhibit 1** is the proposed First Amended Complaint. Attached hereto as **Exhibit 2** is a redline between the operative complaint and the First Amended Complaint.

Defendants have stipulated to allow Plaintiff to Amend his Complaint, but reserve the right to file a Motion to Dismiss the First Amended Complaint once the First Amended Complaint is filed and served.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 S. TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**IT IS SO STIPULATED.**

DATED this 11th day of October, 2023.

**MCLETCHIE LAW**

*/s/ Leo S. Wolpert*
Margaret A. McLetchie, Esq. (10931)
Pieter M. O'Leary, Esq. (15297)
Leo S. Wolpert, Esq. (12658)
602 South Tenth St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 11th day of October, 2023.

**MARQUIS AURBACH**

*/s/ Nick D. Crosby*
Nick D. Crosby, Esq. (8996)
10001 Park Run Drive
Las Vegas, NV 89145
E-mail: jnichols@maclaw.com
*Attorney for Defendants*

IT IS HEREBY ORDERED that the First Amended Complaint must be filed on or before October 19, 2023.

IT IS SO ORDERED.

Cam Ferenbach
United States Magistrate Judge

DATED 10-12-2023

