MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Travis Nutsch*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS NUTSCH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER TIMOTHY NYE, an individual; OFFICER GEORGE AJAM, an individual; OFFICER GENE WOLFANGER, an individual; OFFICER KELLEY FURNAS, an individual; OFFICER ISRAEL CRUZ CAMACHO, an individual; OFFICER GABRIEL LEA, an individual; DOE OFFICERS III-VII, individuals <br><br> Defendants. | **Case No.:** 2:23-cv-01101-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES** <br><br> **(FIRST REQUEST)** |

      Plaintiff Travis Nutsch, by and through his respective counsel, and Defendants Las Vegas Metropolitan Police Department, Officer Timothy Nye, Officer George Ajam, and Officer Gene Wolfanger, Officer Kelly Furnas, Officer Isrrael Cruz Camacho, and Officer Gabriel Lea, ("LVMPD Defendants"), by and through their respective counsel (collectively "the Parties"), hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional sixty (60) days. This Stipulation is being entered in good faith and not for purposes of delay. This is the first request for an extension in this matter.

1

**1.     STATUS OF DISCOVERY.**

     **A.     PLAINTIFF'S DISCOVERY**

          1.     Plaintiff's Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated August 28, 2023.

          2.     Plaintiff's First Set of Requests for Production to Defendant Las Vegas Metropolitan Police Department, dated October 12, 2023.

     **B.     DEFENDANTS' DISCOVERY**

          1.     Defendants' Initial List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1 dated August 30, 2023,

**2.     DISCOVERY THAT REMAINS TO BE COMPLETED.**

The Parties are actively conducting discovery.

Plaintiffs need additional time to receive and review documents produced by Defendants; Defendants have requested a two-week extension of the November 14, 2023, deadline.

The Parties' primary remaining discovery tasks include: (1) addressing any remaining meet and confer issues and finishing written discovery; (3) scheduling of depositions; and (3) expert discovery. Further, the Parties intend to save resources by having any expert disclosures follow the completion of fact discovery, to avoid the time and expense related to supplementing reports.

**3.     SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.**

This is the first request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the Parties may complete the tasks above.

The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before the expiration of the subject deadline, and that a request made within twenty-one (21) days must be supported by a showing of good cause. Here, almost all of the deadlines the Parties seek to extend are outside of the twenty-one (21) day window, the

2

deadline for initial exert disclosures, however, is within the twenty-one (21) day window. Thus, the Parties must establish that good cause exists to extend these deadlines. Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested.

The Parties have been diligently conducting discovery, but an extension is needed to efficiently continue to conduct discovery, analyze the information provided, and manage the case. The Parties are resolving issues and meeting and conferring regarding related issues.

Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay.

There is thus good cause for the extension. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). The Parties have been diligent in litigating this matter. Thus, the standard to extend all deadlines is satisfied here.

Based on the foregoing stipulation and proposed deadlines plan, the Parties thus respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits.

4. **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES**

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | Past | unchanged |
| Initial Expert Disclosures | November 13, 2013 | **January 12, 2024** |

| Rebuttal Expert Disclosures | December 11, 2023 | **February 9, 2024** |
|---|---|---|
| Discovery Cut-Off | January 10, 2024 | **March 11, 2024[1]** |
| Dispositive Motions | February 9, 2024 | **April 9, 2024** |
| Joint Pretrial Order | March 11, 2024 | **April 10, 2024** <br><br> **(If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.)** |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the parties may conduct necessary discovery.

---

[1] Sixty (60) days from January 10, 2024, is Sunday, February 10, 2024

**IT IS SO STIPULATED.**

DATED this 13th day of November, 2023.

**MCLETCHIE LAW**

By: */s/ Margaret A. McLetchie*
    MARGARET A. MCLETCHIE
    Nevada Bar No. 10931
    LEO S. WOLPERT,
    Nevada Bar No. 12658
    602 South Tenth Street
    Las Vegas, Nevada 89101
    Telephone: (702) 728-5300
    Fax: (702) 425-8220
    Email: efile@nvlitigation.com
    *Attorneys for Plaintiff*

DATED this 13th day of November, 2023.

**MARQUIS AURBACH**

By: */s/ Nick D. Crosby*
    NICK D. CROSBY
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
    Facsimile: (702) 382-5816
    ncrosby@maclaw.com
    *Attorney for LVMPD Defendants*

### ORDER

IT IS SO ORDERED.

_____
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE

Dated this 14th day of November 2023.

5