MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Travis Nutsch*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVIS NUTSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER TIMOTHY NYE, an individual; OFFICER GEORGE AJAM, an individual; OFFICER GENE WOLFANGER, an individual; OFFICER KELLEY FURNAS, an individual; OFFICER ISRAEL CRUZ CAMACHO, an individual; OFFICER GABRIEL LEA, an individual; DOE OFFICERS III-VII, individuals<br><br>Defendants. | **Case No.:** 2:23-cv-01101-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**(FOURTH REQUEST)** |

Plaintiff Travis Nutsch, by and through his respective counsel, and Defendants Las Vegas Metropolitan Police Department, Officer Timothy Nye, Officer George Ajam, and Officer Gene Wolfanger, Officer Kelly Furnas, Officer Isrrael Cruz Camacho, and Officer Gabriel Lea, ("LVMPD Defendants"), by and through their respective counsel (collectively "the Parties"), hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional sixty (60) days. This Stipulation is being entered in good faith and not for purposes of delay. This is the fourth request for an extension in this matter.

1

1. **STATUS OF DISCOVERY.**

   A. **PLAINTIFF'S DISCOVERY**

   1. Plaintiff's Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated August 28, 2023.

   2. Plaintiff's First Set of Requests for Production to Defendant Las Vegas Metropolitan Police Department, dated October 12, 2023.

   3. Plaintiff's First Set of Requests for Production to Defendants Doe Officers III-VII, dated December 12, 2023.

   4. Plaintiff's First Set of Requests for Production to Defendant Gabriel Lea, dated December 12, 2023.

   5. Plaintiff's First Set of Requests for Production to Defendant Gene Wolfanger, dated December 12, 2023.

   6. Plaintiff's First Set of Requests for Production to Defendant George Ajam, dated December 12, 2023.

   7. Plaintiff's First Set of Requests for Production to Defendant Israel Cruz Camacho, dated December 12, 2023.

   8. Plaintiff's First Set of Requests for Production to Defendant Kelley Furnas, dated December 12, 2023.

   9. Plaintiff's First Set of Requests for Production to Defendant Timothy Nye, dated December 12, 2023.

   10. Plaintiff's First Set of Requests for Admissions to Defendants Doe Officers III-VII, dated December 12, 2023.

   11. Plaintiff's First Set of Requests for Admissions to Defendant Gabriel Lea, dated December 12, 2023.

   12. Plaintiff's First Set of Requests for Admissions to Defendant Gene Wolfanger, dated December 12, 2023.

   13. Plaintiff's First Set of Requests for Admissions to Defendant George Ajam, dated December 12, 2023.

14. Plaintiff's First Set of Requests for Admissions to Defendant Israel Cruz Camacho, dated December 12, 2023.

15. Plaintiff's First Set of Requests for Admissions to Defendant Kelley Furnas, dated December 12, 2023.

16. Plaintiff's First Set of Requests for Admissions to Defendant Timothy Nye, dated December 12, 2023.

17. Plaintiff's First Set of Interrogatories to Defendants Doe Officers III-VII, dated December 12, 2023.

18. Plaintiff's First Set of Interrogatories to Defendant Gabriel Lea, dated December 12, 2023.

19. Plaintiff's First Set of Interrogatories to Defendant Gene Wolfanger, dated December 12, 2023.

20. Plaintiff's First Set of Interrogatories to Defendant George Ajam, dated December 12, 2023.

21. Plaintiff's First Set of Interrogatories to Defendant Israel Cruz Camacho, dated December 12, 2023.

22. Plaintiff's First Set of Interrogatories to Defendant Kelley Furnas, dated December 12, 2023.

23. Plaintiff's First Set of Interrogatories to Defendant Timothy Nye, dated December 12, 2023.

24. Plaintiff's Responses to Defendant Gabriel Lea's First Set of Interrogatories, dated May 29, 2024.

25. Plaintiff's Responses to Defendant Gene Wolfanger's First Set of Interrogatories, dated May 29, 2024.

26. Plaintiff's Responses to Defendant George Ajam's First Set of Interrogatories, dated May 29, 2024.

27. Plaintiff's Responses to Defendant Israel Cruz Camacho's First Set of Interrogatories, dated May 29, 2024.

28. Plaintiff's Responses to Defendant Kelley Furnas's First Set of Interrogatories, dated May 29, 2024.

29. Plaintiff's Responses to Defendant Timothy Nye's First Set of Interrogatories, dated May 29, 2024.

30. Plaintiff's Responses to Defendant LVMPD's First Set of Interrogatories, dated May 29, 2024.

31. Plaintiff's Responses to Defendant LVMPD's First Set of Requests for Production of Documents, dated May 29, 2024.

**B.    DEFENDANTS' DISCOVERY**

1. Defendants' Initial List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1 dated August 30, 2023.

2. Defendant LVMPD's responses to Plaintiff's First Set of Requests for Production of Documents, dated November 27, 2023.

3. Defendant Gabriel Lea's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

4. Defendant Gene Wolfanger's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

5. Defendant George Ajam's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

6. Defendant Israel Cruz Camacho's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

7. Defendant Kelly Furnas' responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

8. Defendant Timothy Nye's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

9. Defendants Doe Officers III – VII's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

10. Defendant Gabriel Lea's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

11. Defendant George Ajam's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

12. Defendant Israel Cruz Camacho's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

13. Defendant Timothy Nye's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

14. Defendants Doe Officers III-VII's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

15. Defendant Gabriel Lea's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

16. Defendant George Ajam's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

17. Defendant Israel Cruz Camacho's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

18. Defendant Timothy Nye's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

19. Defendants Doe Officers III – VII's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

20. Defendant LVMPD's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

21. Defendant LVMPD's First Set of Requests for Production to Plaintiff, dated February 9, 2024.

22. Defendant Gabriel Lea's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

23. Defendant Gene Wolfanger's First Set of Interrogatories to Plaintiff, dated

5

February 9, 2024.

24.     Defendant George Ajam's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

25.     Defendant Israel Cruz Camacho's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

26.     Defendant Kelly Furnas' First Set of Interrogatories to Plaintiff, dated February 9, 2024.

27.     Defendant Timothy Nye's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

**2.      DISCOVERY THAT REMAINS TO BE COMPLETED.**

The Parties' primary remaining discovery tasks include: (1) addressing any remaining meet and confer issues and finishing written discovery; and (2) scheduling of depositions.

**3.      SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.**

This is the fourth request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the Parties may complete the tasks above.

The Parties have been diligently conducting discovery, but an extension is needed to efficiently continue to conduct discovery, resolve issues or pursue meet and confer efforts, analyze the information provided, and manage the case. The Parties are resolving issues and meeting and conferring regarding related issues. Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay.

Good cause for the extension also exists due to Plaintiffs' counsel's normal case load. Plaintiffs' counsel has faced multiple family health emergencies. Mr. Wolpert was required to visit Tucson, Arizona multiple times in March, April, and May 2024 to assist in caring for his father, who was suffering from rapidly-developing ALS and ultimately passed

away on May 17, 2024. Mr. Wolpert and Ms. McLetchie were both required to attend the funeral on May 21, 2024. Additionally, Ms. McLetchie has been assisting her mother in receiving medical care for stage 4 liver cancer.

There is thus good cause for the extension. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). The Parties have been diligent in litigating this matter. Thus, the standard to extend all deadlines is satisfied here.

Based on the foregoing stipulation and proposed deadlines plan, the Parties thus respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits.

**4.      PROPOSED SCHEDULE FOR REMAINING DEADLINES**

| Deadline | Current Deadline (ECF No. 20) | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | Passed | unchanged |
| Initial Expert Disclosures | Passed | unchanged |
| Rebuttal Expert Disclosures | Passed | unchanged |
| Discovery Cut-Off | July 9, 2024 | **September 9, 2024**[1] |
| Dispositive Motions | August 9, 2024 | **October 8, 2024** |
| Joint Pretrial Order | September 9, 2024 | **November 8, 2024** |

---

[1] 60 days from July 9, 2024 is Saturday, September 7, 2024.

7

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the parties may conduct necessary discovery.

**IT IS SO STIPULATED.**

DATED this 18th day of June, 2024.　　　　　DATED this 18th day of June, 2024.

**MCLETCHIE LAW**　　　　　　　　　　　　　**MARQUIS AURBACH**

By: */s/ Leo S. Wolpert*　　　　　　　　　　　By: */s/ Nick D. Crosby*
　　MARGARET A. MCLETCHIE　　　　　　　NICK D. CROSBY
　　Nevada Bar No. 10931　　　　　　　　　　Nevada Bar No. 8996
　　LEO S. WOLPERT,　　　　　　　　　　　　10001 Park Run Drive
　　Nevada Bar No. 12658　　　　　　　　　　Las Vegas, Nevada 89145
　　602 South Tenth Street　　　　　　　　　　Telephone: (702) 382-0711
　　Las Vegas, Nevada 89101　　　　　　　　Facsimile: (702) 382-5816
　　Telephone: (702) 728-5300　　　　　　　　ncrosby@maclaw.com
　　Fax: (702) 425-8220　　　　　　　　　　　*Attorney for LVMPD Defendants*
　　Email: efile@nvlitigation.com
　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　**ORDER**

　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　_____
　　　　　　　　　　　U.S. MAGISTRATE JUDGE

　　　　　　　　　　　Dated: 6-20-24

8