MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Travis Nutsch*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS NUTSCH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER TIMOTHY NYE, an individual; OFFICER GEORGE AJAM, an individual; OFFICER GENE WOLFANGER, an individual; OFFICER KELLEY FURNAS, an individual; OFFICER ISRAEL CRUZ CAMACHO, an individual; OFFICER GABRIEL LEA, an individual; DOE OFFICERS III-VII, individuals <br><br> Defendants. | **Case No.:** 2:23-cv-01101-JCM-MDC <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES** <br><br> **(EIGHTH REQUEST)** |

Plaintiff Travis Nutsch, by and through his respective counsel, and Defendants Las Vegas Metropolitan Police Department, Officer Timothy Nye, Officer George Ajam, and Officer Gene Wolfanger, Officer Kelly Furnas, Officer Isrrael Cruz Camacho, and Officer Gabriel Lea, ("LVMPD Defendants"), by and through their respective counsel (collectively "the Parties"), hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines an additional ninety (90) days. This Stipulation is being entered in good faith and not for purposes of delay. This is the eighth request for an extension in this matter, as the seventh request was denied without prejudice at hearing on January 7, 2025.

1

1. **STATUS OF DISCOVERY.**

    A. **PLAINTIFF'S DISCOVERY**

    1. Plaintiff's Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26.1, dated August 28, 2023.

    2. Plaintiff's First Set of Requests for Production to Defendant Las Vegas Metropolitan Police Department, dated October 12, 2023.

    3. Plaintiff's First Set of Requests for Production to Defendants Doe Officers III-VII, dated December 12, 2023.

    4. Plaintiff's First Set of Requests for Production to Defendant Gabriel Lea, dated December 12, 2023.

    5. Plaintiff's First Set of Requests for Production to Defendant Gene Wolfanger, dated December 12, 2023.

    6. Plaintiff's First Set of Requests for Production to Defendant George Ajam, dated December 12, 2023.

    7. Plaintiff's First Set of Requests for Production to Defendant Israel Cruz Camacho, dated December 12, 2023.

    8. Plaintiff's First Set of Requests for Production to Defendant Kelley Furnas, dated December 12, 2023.

    9. Plaintiff's First Set of Requests for Production to Defendant Timothy Nye, dated December 12, 2023.

    10. Plaintiff's First Set of Requests for Admissions to Defendants Doe Officers III-VII, dated December 12, 2023.

    11. Plaintiff's First Set of Requests for Admissions to Defendant Gabriel Lea, dated December 12, 2023.

    12. Plaintiff's First Set of Requests for Admissions to Defendant Gene Wolfanger, dated December 12, 2023.

    13. Plaintiff's First Set of Requests for Admissions to Defendant George Ajam, dated December 12, 2023.

14. Plaintiff's First Set of Requests for Admissions to Defendant Israel Cruz Camacho, dated December 12, 2023.

15. Plaintiff's First Set of Requests for Admissions to Defendant Kelley Furnas, dated December 12, 2023.

16. Plaintiff's First Set of Requests for Admissions to Defendant Timothy Nye, dated December 12, 2023.

17. Plaintiff's First Set of Interrogatories to Defendants Doe Officers III-VII, dated December 12, 2023.

18. Plaintiff's First Set of Interrogatories to Defendant Gabriel Lea, dated December 12, 2023.

19. Plaintiff's First Set of Interrogatories to Defendant Gene Wolfanger, dated December 12, 2023.

20. Plaintiff's First Set of Interrogatories to Defendant George Ajam, dated December 12, 2023.

21. Plaintiff's First Set of Interrogatories to Defendant Israel Cruz Camacho, dated December 12, 2023.

22. Plaintiff's First Set of Interrogatories to Defendant Kelley Furnas, dated December 12, 2023.

23. Plaintiff's First Set of Interrogatories to Defendant Timothy Nye, dated December 12, 2023.

24. Plaintiff's Responses to Defendant Gabriel Lea's First Set of Interrogatories, dated May 29, 2024.

25. Plaintiff's Responses to Defendant Gene Wolfanger's First Set of Interrogatories, dated May 29, 2024.

26. Plaintiff's Responses to Defendant George Ajam's First Set of Interrogatories, dated May 29, 2024.

27. Plaintiff's Responses to Defendant Israel Cruz Camacho's First Set of Interrogatories, dated May 29, 2024.

28. Plaintiff's Responses to Defendant Kelley Furnas's First Set of Interrogatories, dated May 29, 2024.

29. Plaintiff's Responses to Defendant Timothy Nye's First Set of Interrogatories, dated May 29, 2024.

30. Plaintiff's Responses to Defendant LVMPD's First Set of Interrogatories, dated May 29, 2024.

31. Plaintiff's Responses to Defendant LVMPD's First Set of Requests for Production of Documents, dated May 29, 2024.

**B.     DEFENDANTS' DISCOVERY**

1. Defendants' Initial List of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26.1 dated August 30, 2023.

2. Defendant LVMPD's responses to Plaintiff's First Set of Requests for Production of Documents, dated November 27, 2023.

3. Defendant Gabriel Lea's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

4. Defendant Gene Wolfanger's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

5. Defendant George Ajam's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

6. Defendant Israel Cruz Camacho's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

7. Defendant Kelly Furnas' responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

8. Defendant Timothy Nye's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

9. Defendants Doe Officers III – VII's responses to Plaintiff's First Set of Requests for Admission, dated January 25, 2024.

10. Defendant Gabriel Lea's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

11. Defendant George Ajam's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

12. Defendant Israel Cruz Camacho's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

13. Defendant Timothy Nye's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

14. Defendants Doe Officers III-VII's responses to Plaintiff's First Set of Requests for Production of Documents, dated January 31, 2024.

15. Defendant Gabriel Lea's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

16. Defendant George Ajam's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

17. Defendant Israel Cruz Camacho's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

18. Defendant Timothy Nye's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

19. Defendants Doe Officers III – VII's responses to Plaintiff's First Set of Interrogatories, dated January 31, 2024.

20. Defendant LVMPD's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

21. Defendant LVMPD's First Set of Requests for Production to Plaintiff, dated February 9, 2024.

22. Defendant Gabriel Lea's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

23. Defendant Gene Wolfanger's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

24. Defendant George Ajam's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

25. Defendant Israel Cruz Camacho's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

26. Defendant Kelly Furnas' First Set of Interrogatories to Plaintiff, dated February 9, 2024.

27. Defendant Timothy Nye's First Set of Interrogatories to Plaintiff, dated February 9, 2024.

**2.    DISCOVERY THAT REMAINS TO BE COMPLETED.**

The Parties' primary remaining discovery tasks include: (1) addressing any remaining meet and confer issues and finishing written discovery; and (2) scheduling of depositions. As discussed at the January 7, 2025, hearing regarding this matter, counsel need to schedule the depositions of the Parties and LMVPD's person most knowledgeable regarding its policies.

**3.    SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.**

This is the eighth request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days so that the Parties may complete the tasks above.

Based on the foregoing stipulation and proposed deadlines plan, as well as the representations made at the January 7, 2025, hearing in this matter, the Parties thus respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits.

## 4. PROPOSED DEPOSITION DATES

Pursuant to this Court's request at the January 7, 2025, hearing, counsel have met and conferred, and propose the following deposition dates which will be noticed upon granting of the instant stipulation and order. Parties reserve the right to change these dates subject to deponent and counsel availability.

| Deponent | Proposed Deposition Date |
|---|---|
| Defendant Timothy Nye | **February 20, 2025** |
| Defendant George Ajam | **February 20, 2025** |
| Defendant Gene Wolfanger | **February 21, 2025** |
| Defendant Kelley Furnas | **February 21, 2025** |
| Defendant Israel Cruz Camacho | **March 10, 2025** |
| Defendant Gabriel Lea | **March 10, 2025** |
| Defendant LMVPD FRCP 30(b)(6) Designee | **March 11, 2025** |
| Plaintiff Travis Nutsch | **March 12, 2025** |

## 5. PROPOSED SCHEDULE FOR REMAINING DEADLINES

| Deadline | Current Deadline (ECF No. 20) | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | Passed | unchanged |
| Initial Expert Disclosures | Passed | unchanged |
| Rebuttal Expert Disclosures | Passed | unchanged |
| Discovery Cut-Off | February 6, 2025 | **May 7, 2025** |
| Dispositive Motions | March 10, 2025 | **June 9, 2025**[1] |
| Joint Pretrial Order | April 7, 2025 | **July 7, 2025**[2] |

---

[1] 90 days from March 10, 2025, is June 8, 2025, a Sunday.
[2] 90 days from April 7, 2025, is July 6, 2025, a Sunday.

7

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional ninety (90) days so that the parties may conduct necessary discovery.

**IT IS SO STIPULATED.**

Dated this 21st day of January, 2025.                    Dated this 21st day of January, 2025.

  **MCLETCHIE LAW**                                           **MARQUIS AURBACH**

By: */s/ Leo S. Wolpert*                                           By: */s/ Nick D. Crosby*
    MARGARET A. MCLETCHIE                              NICK D. CROSBY
    Nevada Bar No. 10931                                      Nevada Bar No. 8996
    LEO S. WOLPERT,                                             10001 Park Run Drive
    Nevada Bar No. 12658                                      Las Vegas, Nevada 89145
    602 South Tenth Street                                     Telephone: (702) 382-0711
    Las Vegas, Nevada 89101                                 Facsimile: (702) 382-5816
    Telephone: (702) 728-5300                               ncrosby@maclaw.com
    Fax: (702) 425-8220                                           *Attorney for LVMPD Defendants*
    Email: efile@nvlitigation.com
    *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE
1-22-25