UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVIS NUTSCH,<br><br>                             Plaintiff,<br><br>        v.<br><br>LAS VEGAS METROLPOLITAN POLICE DEPARTMENT, et al.,<br><br>                             Defendants. | Case No.2:23-CV-1101 JCM (MDC)<br><br>ORDER |

The presiding district judges have agreed that there is good cause to reassign 2:23-cv-01101-JCM-MDC to Judge Richard F. Boulware, II under LR 42-1. Reassignment will promote judicial efficiency and does not result in prejudice to the parties.

IT IS THEREFORE ORDERED that Case No. 2:23-cv-01101-JCM-MDC is reassigned to Judge Boulware. The clerk of court is instructed to update Case No. 2:23-cv-01101-JCM-MDC to appear as 2:23-cv-01101-RFB-MDC.

DATED March 4, 2025.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE


_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE