**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
Attorneys for Defendants LVMPD, Ofc. Nye, Ofc. Ajam and Ofc. Wolfanger

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS NUTSCH, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Municipal Corporation; OFFICER TIMOTHY NYE, an individual; OFFICER GEORGE AJAM, an individual; OFFICER GENE WOLFANGER, an individual and DOE OFFICERS I-VII, individuals,<br><br>          Defendants. | Case No.:    2:23-cv-01101-RFB-MDC |

## **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Timothy Nye, Officer George Ajam and Officer Gene Wolfanger ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiff Travis Nutsch ("Plaintiff"), by and through his attorney of record, McLetchie Law, that the above-referenced matter be dismissed with prejudice; and

/ / /

/ / /

/ / /

Page 1 of 2

MAC: 14687-465 (#5967275.1)

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 18th day of July, 2025.

MARQUIS AURBACH

By: *s/Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for LVMPD Defendants

MCLETCHIE LAW

By: *s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED:

DATED: July 21, 2025

_____
United States District Court Judge

MAC: 14687-465 (#5967275.1)